### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: SAMSUNG TOP-LOAD WASHING MACHINE MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>ALL CASES | MDL Case No. 17-ml-2792-D<br><br>District Judge Timothy D. DeGiusti |

## JUDGMENT

In a separate Order, incorporated herein by reference, the Court decided the Motion by Plaintiffs and Class Counsel [Doc. No. 152] asking for final approval of the proposed Settlement Agreement. Considering the Motion and related briefing, presentations at the fairness hearing, a series of supplemental briefs, and subsequent disclosures of side agreements, the Court certified the Settlement Class[1] and granted final approval of the Settlement Agreement.

Consistent with that Order, the Court hereby enters judgment effectuating the Parties' Settlement and dismissing with prejudice all claims alleged in the Consolidated MDL Lawsuit and in each of the consolidated Lawsuits against all Defendants and Defendant Retailers.

---

[1] Capitalized terms undefined in this Judgment are given the definition reflected in the Settlement Agreement.

1

In entering this Judgment the Court specifically refers to and invokes the Full Faith and Credit Clause of the United States Constitution and the doctrine of comity, and requests that any court in any other jurisdiction reviewing, construing, or applying the Court's Order and Judgment implement and enforce its terms in their entirety.

Without affecting the finality of the Order and this Judgment in any way, the Court hereby reserves jurisdiction over: (1) implementation of the Settlement Agreement; (2) all matters related to the administration and consummation of the Settlement Agreement; and (3) all Parties to the Consolidated MDL Lawsuit, including any and all Parties to the consolidated Lawsuits, for the purpose of implementing, enforcing, monitoring compliance with, effectuating, administering, and interpreting the provisions of the Settlement Agreement and the related Order and Judgment.

In its Order, the Court noted instances in which Defendants made certain concessions having to do with the administration and logistical details of providing the relief set forth in the Settlement Agreement. These matters are included within the Court's express retention of jurisdiction to ensure performance under the Settlement Agreement.

**ENTERED** this 22nd day of May, 2020.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge