IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: SAMSUNG TOP-LOAD WASHING MACHINE MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>ALL CASES | :<br>:<br>:   MDL Case No. 17-ml-2792-D<br>:<br>:   District Judge Timothy D. DeGiusti<br>:<br>:<br>:<br>:<br>: |

# JUDGMENT

In a separate Order, the Court decided the Motion by Plaintiffs and Class Counsel [Doc. No. 152] asking for final approval of the proposed Settlement Agreement. The Court subsequently entered a separate judgment. *See* Judgment [Doc. No. 252]. The Court has now decided Class Counsel's Motion for an Award of Fees [Doc. No. 142]. In its Order addressing fees, the Court overruled all relevant objections and awarded $3,836,387.75 in attorneys' fees, $242,764.47 in expenses, and $100,000 in service awards.

Consistent with its Order, the Court hereby enters Judgment in this case awarding Class Counsel $3,836,387.75 in attorneys' fees and $242,764.47 in expenses, and $100,000 in service awards to Plaintiffs.

**ENTERED** this 11th day of June, 2020.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge